**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GAYLE UPCHURCH,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No.:  2:19-cv-3081
　　　　　　　　　　　　　　　　　　　　　　JUDGE GEORGE C. SMITH
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Jolson

**COMMISSIONER OF
SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on December 12, 2019, recommending that the Court dismiss this case with prejudice for want of prosecution.  (Doc. 13).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  This case is hereby dismissed with prejudice for want of prosecution.

The Clerk shall remove Document 13 from the Court's pending motions list and enter final judgment in favor of Defendant, the Commissioner of Social Security.

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　*/s/ George C. Smith*
　　　　　　　　　　　　　　　　　　　　　　**GEORGE C. SMITH, JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT**